IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MELINDA S. LINN                                                                                  PLAINTIFF

v.                              CIVIL NO. 13-3108

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                              DEFENDANT

## MEMORANDUM OPINION

    Plaintiff, Melinda Linn, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security (Commissioner).  On May 13, 2014, Plaintiff filed a Motion to Dismiss, indicating she now believes that substantial evidence supports the ALJ's decision, and wishes to dismiss her appeal.  ECF No. 10.  Plaintiff's motion to dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case with prejudice.

    DATED this the 16th day of May 2014.

                                                        /s/ *J. Marschewski*
                                          HONORABLE JAMES R. MARSCHEWSKI
                                          CHIEF UNITED STATES MAGISTRATE JUDGE